UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WATERMARK COVE
CONDOMINIUM ASSOCIATION,

           Plaintiff,

   v.

PHILADELPHIA INDEMNITY
INSURANCE COMPANY, et al.,

           Defendants.

C21-913 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The deadline for filing a Joint Status Report and Discovery Plan in the form set forth in the Order entered July 12, 2021, docket no. 3, is sua sponte EXTENDED from September 10, 2021, to November 5, 2021.

(2) Absent timely filing of the Joint Status Report by November 5, 2021, or cause shown for failing to comply with the Order requiring Joint Status Report, docket no. 3., this action shall be DISMISSED without prejudice.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 5th day of October, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2